```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

DAPHNE D. HAMMOND                                CIVIL ACTION
ON BEHALF OF THE MINOR J.M.H.

VERSUS                                           NUMBER: 10-2950

MICHAEL J. ASTRUE,                               SECTION: "A"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein, <u>except that the dismissal will be without prejudice</u>.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed without prejudice for failure to prosecute.

June 2, 2011

                                    _____
                                    UNITED STATES DISTRICT JUDGE